UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

CASE NO. 0:19-cv-61707-RKA

ROBERT JASPER GRIFFITH,
MARK CHRISTOPHER ROWE SETAL,
MELVIN ROBERT CARTER,
ARMANDO JESUS CANIZARES,

    Plaintiffs,
v.
INTEGRATED TECH GROUP, LLC,

    Defendant.
_____/

## JOINT DISCOVERY PLAN AND SCHEDULING REPORT

Plaintiffs, Robert Jasper Griffith, Mark Christopher Rowe Setal, Melvin Robert Carter, and Armando Jesus Canizares ("Plaintiffs); and Defendant, Integrated Tech Group, LLC ("ITG" or "Defendant") (collectively, the "Parties"), pursuant to Federal Rule of Civil Procedure 26(f), Local Rule 16.1(b) of the Southern District of Florida, and the Court's Order Requiring Scheduling Report [ECF No. 8] hereby submit the following Joint Scheduling Report, Discovery Plan, and Proposed Order.

    I.    **Local Rule 16.1(b)(2) Scheduling Conference Report**

        A.    **Likelihood of Settlement.**

The Parties will attempt in good faith to resolve this matter in an efficient manner and will notify the Court if they do so.

        B.    **Likelihood of Appearance in the Action of Additional Parties.**

Plaintiffs are likely to add additional parties in this action. Defendant does not anticipate joinder of any additional parties.

C.  **Discovery Schedule.**

The Parties propose the following pretrial discovery schedule. Where the parties could not agree on dates, Defendant's proposed dates are *italicized* and Plaintiffs' proposed dates are **bold**.

| DATE | ACTION |
|---|---|
| 09/20/19 | The Parties shall furnish their initial disclosures pursuant to Fed. R. Civ. P. 26. The Parties are under a continuing obligation to furnish supplements within ten (10) days of receipt or other notice of new or revised information. |
| 09/24/19 | The Parties shall file motions to amend pleadings or join Parties. |
| *2/11/20* <br> **9/30/19** | The Parties shall file a proposed Order Scheduling Mediation, setting forth the name of the mediator, and the date, time, and location of the mediation. |
| *3/24/20* <br> **12/2/19** | The Plaintiff shall disclose experts, expert witness summaries and reports, as required by Federal Rule of Civil Procedure 26(a)(2). |
| *4/19/20* <br> **12/28/19** | The Parties shall exchange rebuttal expert witness summaries and reports, as required by Federal Rule of Civil Procedure 26(a)(2). |
| *4/19/20* <br> **12/13/19** | The Parties shall complete all discovery, including expert discovery. |
| *5/17/20* <br> **1/25/20** | The Parties must complete mediation. |
| *6/14/20* <br> **2/22/20** | The Parties shall file all dispositive pre-trial motions and memoranda of law. The Parties shall also file any motions to strike or exclude expert testimony, whether based on Federal Rule of Evidence 702 and *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993), or any another basis. |
| *7/26/20* <br> **4/4/20** | The Parties shall file motions *in limine*. All motions *in limine* must be filed at least six (6) weeks before calendar call. |
| *7/26/20* <br> **4/4/20** | The Parties shall file their joint pretrial stipulation, witness lists, and exhibit lists in accordance with Local Rule 16.1(d) and (e). The Parties shall also file final proposed jury instructions or conclusions of law (for non-jury trials). |

| *9/6/20* **6/17/20** | Calendar Call |
|---|---|
| *9/23/20* **6/22/20** | Trial |

**D.     Proposals for the Formulation and Simplification of Issues.**

The Parties will attempt to work in good faith to narrow and simplify the issues for trial, to eliminate claims or defenses found through discovery to be lacking in merit, to obtain admissions of fact and of documents that will avoid unnecessary proof at trial, and to avoid unnecessary discovery.  As the case progresses, the Parties will, in good faith, confer to discuss additional proposals for the formulation and simplification of issues in this case.  At this time, the Parties cannot anticipate whether they will file motions for summary judgment or partial summary judgment.

**E.     Necessity of Amendments to Pleadings.**

At this time, Plaintiffs anticipate amending their pleadings to add an additional plaintiff.

**F.     Admissions and Stipulations That Will Avoid Unnecessary Proof.**

At this time, it is unknown whether admissions of fact may be obtained, whether authenticity of documents will be an issue, or whether the Parties will need advance rulings from the Court as to certain evidentiary matters.  Should it become necessary, counsel will meet, as appropriate, to discuss stipulations regarding the authenticity of documents and the need for advance rulings from the Court and the admissibility of evidence.

  G. **Suggestions for the Avoidance of Unnecessary Proof and of Cumulative Evidence.**

The Parties have no suggestions at this time, but will discuss this issue following the applicable discovery cut-off date and before the pretrial conference in an attempt to stipulate to any facts or the authentication of documents that may simplify the case for trial.

  H. **Referral of Matters to Magistrate Judge.**

The Parties agree to the referral to a Magistrate Judge of discovery matters only.

  I. **Preliminary Estimate of the Time Required for Trial.**

The Parties believe this matter will require five (5) days of trial.

  J. **Calendar Call and Trial Dates.**

Defendant proposes September 6, 2020 for Calendar Call, and that trial be scheduled to commence on or after September 23, 2020. Plaintiffs propose June 17, 2020 for Calendar Call, and that trial be scheduled to commence on or after June 22, 2020.

  K. **Issues Regarding Discovery and Privilege.**

The Parties will work together to agree to the terms, conditions, and form of disclosure, discovery, preservation of ESI, and whether there is a need for an Order under Federal Rule of Evidence 502.

  L. **Other Information Helpful to the Court in Setting the Case for Status or Pretrial Conference.**

At this time, the Parties are unaware of any other information that might be helpful to the Court in setting the case for status or pretrial conference.

A Joint Proposed Scheduling Order, contemplated under S.D. Fla. L.R. 16.1 (b)(3) is attached hereto as <u>Exhibit A</u>.

II. **Rule 26(f) Discovery Plan Report**

　　A. **Deadline to Exchange Initial Disclosures.**

The Parties do not propose any changes to the requirements to the form of disclosures under Federal Rule of Civil Procedure 26(a)(1).  The Parties shall exchange their Rule 26 Initial Disclosures by September 20, 2019, if they have not already done so.

　　B. **Subjects on which Discovery May be Needed.**

Discovery is ongoing.  However, at this time Plaintiff anticipates discovery will be directed at owner/lessor information, available accommodations, history of ADA modifications/inspections, prior ADA lawsuits, evidence intended to be used by defendant, and other potentially relevant information.  Defendant anticipates that discovery will be conducted on matters relevant to the Parties' claims and defenses.  The Parties agree to work in good faith to conduct discovery and do not require that discovery be conducted in phases at this time

　　C. **Issues of Disclosure, Discovery, or Preservation of ESI.**

The Parties agree that ESI be produced in PDF format with Bates numbering and appropriate confidentiality designations.

　　D. **Issues of Claims of Privilege.**

The Parties will enter into a mutually-agreeable confidentiality agreement governing the treatment and disclosure of certain confidential information.

　　E. **Proposed Changes to Limitations on Discovery.**

At this time, the Parties do not recommend or seek changes to the limitations on discovery imposed by the Federal Rules of Civil Procedure and Local Rules. The Parties agree to work in good faith to resolve any issues relating to limitations on discovery pursuant to the Federal Rules of Civil Procedure and Local Rules and to advise the Court of any issues as they arise.

F.   **Other Orders That the Court Should Issue.**

None at this time.

Dated: August 20, 2019.

Respectfully submitted,

| | |
|---|---|
| By: /s/ *Elliot A. Kozolchyk* <br> Elliot A. Kozolchyk, Esq. <br> Florida Bar No. 74791 <br> KOZ LAW, P.A. <br> 320 S.E. 9th Street <br> Fort Lauderdale, Florida 33316 <br> Phone: (786) 924-9929 <br> Fax: (786) 358-6071 <br> Email: ekoz@kozlawfirm.com <br><br> *Attorney for Plaintiffs* | By: /s/ *Christopher T. Perré* <br> Sherril M. Colombo, Esq. <br> Florida Bar No. 948799 <br> Email: scolombo@littler.com <br> Stefanie Mederos, Esq. <br> Florida Bar No. 12041 <br> Email: smederos@littler.com <br> Christopher T. Perré, Esq. <br> Florida Bar No. 123902 <br> E-mail: cperre@littler.com <br> LITTLER MENDELSON, P.C. <br> Wells Fargo Center <br> 333 SE 2nd Avenue, Suite 2700 <br> Miami, Florida 33131 <br> 305.400.7500 (Tel) <br> 305.675.8497 (Fax) <br><br> *Attorneys for Defendant* |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 20, 2019, a true and correct copy of the foregoing was served via transmission of Notice of Electronic Filing generated by CM/ECF on all counsel of record on the below Service List.

By: /s/ *Christopher T. Perré*
Christopher T. Perré, Esq.

**SERVICE LIST**

Elliot A. Kozolchyk, Esq.
Florida Bar No. 74791
KOZ LAW, P.A.
320 S.E. 9th Street
Fort Lauderdale, Florida 33316
Phone: (786) 924-9929
Fax: (786) 358-6071
Email: ekoz@kozlawfirm.com

*Attorney for Plaintiffs*

Sherril M. Colombo, Esq.
Florida Bar No. 948799
Email: scolombo@littler.com
Stefanie Mederos, Esq.
Florida Bar No. 12041
Email: smederos@littler.com
Christopher T. Perré, Esq.
Florida Bar No. 123902
E-mail: cperre@littler.com
LITTLER MENDELSON, P.C.
Wells Fargo Center
333 SE 2nd Avenue, Suite 2700
Miami, Florida 33131
305.400.7500 (Tel)
305.675.8497 (Fax)

*Attorneys for Defendant*

FIRMWIDE:165994525.1 102552.1005