UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

CASE NO. 19-cv-61707-Altman/Hunt

ROBERT JASPER GRIFFITH,
MARK CHRISTOPHER ROWE SETAL,
MELVIN ROBERT CARTER,
ARMANDO JESUS CANIZARES,

    Plaintiffs,

v.

INTEGRATED TECH GROUP, LLC,

    Defendant.
_____/

### DEFENDANT'S MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

Defendant, INTEGRATED TECH GROUP, LLC ("Defendant"), hereby moves this Court for an extension of time, up to and including Monday, September 9, 2019, within which to file its response to the Amended Complaint filed by Plaintiffs, ROBERT JASPER GRIFFITH ("Griffith"), MARK CHRISTOPHER ROWE SETAL ("Setal"), MELVIN ROBERT CARTER ("Carter"), and ARMANDO JESUS CANIZARES ("Canizares") ("Plaintiffs"), and states as follows:

    1.    On or about July 11, 2019, Plaintiffs Griffith, Setal, and Carter filed the underling civil action. [ECF No. 1].

    2.    On August 6, 2019, Defendant filed a Motion to Compel Arbitration and to Stay Proceedings. [ECF No. 6]. Defendant conferred with Opposing Counsel regarding whether Plaintiffs Griffith, Setal, and Carter would agree to arbitrate their claims but filed the Motion prior to receiving a response from Plaintiffs' counsel.

3. On August 20, 2019, Plaintiffs filed an Amended Complaint adding Plaintiff Canizares as a party to the action. [ECF No. 9].

4. On August 23, 2019, Plaintiffs filed a Response to Defendant's Motion to Compel Arbitration and to Stay Proceedings in which Plaintiffs Griffith, Setal, and Carter indicated that they do not oppose Defendant's request for a stay of the action pending arbitration, while Plaintiff Canizares indicated that he needed a copy of his Arbitration Agreement before agreeing to a stay. [ECF No. 17].

5. Defendant provided Plaintiff Canizares with a copy of his Arbitration Agreement on August 29, 2019 and requested that Plaintiff Canizares agree to arbitrate his claims pursuant to the Arbitration Agreement. Defendant followed-up with Plaintiff's counsel to determine whether Plaintiff Canizares would agree to arbitrate his claims on the morning of September 4, 2019, but has not received a response to that request.

6. Defendant's response to Plaintiffs' Amended Complaint is due on September 4, 2019.[1]

7. Given that the Parties are in the process of determining whether Plaintiff Canizares will agree to arbitrate his claims, and that the remaining Plaintiffs have already agreed to arbitrate their claims, Defendant requests an extension of time up through and including Monday, September 9, 2019 to file its response to Plaintiffs' Amended Complaint.

8. Counsel for Plaintiffs has indicated that Plaintiffs do not oppose Defendant's requested extension of time.

9. Defendant does not seek the requested extension for purposes of unnecessary delay in this case and no prejudice will result from the granting of the requested extension.

---

[1] Defendant's response was originally due on September 3, 2019. However, given that the Court was closed on that date (as were Defendant's counsel's offices), the deadline was extended by one day pursuant to the Local Rules of the Southern District of Florida.

WHEREFORE, the Defendant, INTEGRATED TECH GROUP, LLC, respectfully requests that this Court grant an extension of time, up to and including Monday, September 9, 2019, within which to file its response to the Plaintiffs' Amended Complaint, along with such other relief as this Court deems just and proper.

Respectfully Submitted,

**LITTLER MENDELSON, P.C.**
Wells Fargo Center
333 SE 2nd Avenue, Suite 2700
Miami, Florida 33131
Telephone: (305) 400-7500
Facsimile: (305) 603-2552

By**:** /s/ *Christopher T. Perré*
Sherril M. Colombo, Esq.
Florida Bar No.: 948799
Email: scolombo@littler.com
Stefanie Mederos, Esq.
Florida Bar No. 12041
Email: smederos@littler.com
Christopher T. Perré, Esq.
Florida Bar No. 123902
E-mail: cperre@littler.com
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 4th day of September 2019, a true and correct copy of the foregoing was electronically filed and served via transmission of Notice of Electronic Filing generated by CM/ECF on all counsel or parties of record on the Service List below, and also via any additional manner noted below.

/s/ *Christopher T. Perré*
Christopher T. Perré, Esq.

## SERVICE LIST

***ATTORNEYS FOR PLAINTIFFS***

Elliot A. Kozolchyk, Esq.
Florida Bar No. 74791
Koz Law, P.A.
320 S.E. 9th Street
Fort Lauderdale, Florida 33316
Phone: (786) 924-9929
Fax: (786) 358-6071
Email: ekoz@kozlawfirm.com