UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

CASE NO. 0:19-cv-61707-RKA

ROBERT JASPER GRIFFITH,
MARK CHRISTOPHER ROWE SETAL,
MELVIN ROBERT CARTER,
ARMANDO JESUS CANIZAREZ,

    Plaintiffs,

v.

INTEGRATED TECH GROUP, LLC,

    Defendant.
_____/

## STIPULATION AND JOINT MOTION TO STAY PENDING ARBITRATION

Plaintiffs, ROBERT JASPER GRIFFITH, MARK CHRISTOPHER ROWE SETAL, MELVIN ROBERT CARTER, and ARMANDO JESUS CANIZARES ("Plaintiffs); and Defendant, INTEGRATED TECH GROUP, LLC ("ITG" or "Defendant") (collectively, the "Parties"), pursuant to 9 U.S.C. § 2, hereby respectfully request that this Court stay further proceedings in this action pending the completion of arbitration. The grounds for this Motion are as follows:

1.    Plaintiffs' Amended Complaint alleges violations of the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.*, arising in connection with Plaintiffs' employment with Defendant.

2.    As a condition of their employment, Plaintiffs agreed to arbitrate any claims arising out of their employment with Defendant.

3.    Accordingly, the Parties intend to proceed with binding arbitration pursuant to the applicable arbitration agreements, and they have agreed to a stay of this action pending arbitration.

WHEREFORE, each of the Parties respectfully request that this Court enter an Order staying this matter pending the conclusion of arbitration. The Parties further request such other relief as this Court deems just and proper.

Dated: September 9, 2019.

By: /s/ *Elliot A. Kozolchyk*
Elliot A. Kozolchyk, Esq.
Florida Bar No. 74791
KOZ LAW, P.A.
320 S.E. 9th Street
Fort Lauderdale, Florida 33316
Phone: (786) 924-9929
Fax: (786) 358-6071
Email: ekoz@kozlawfirm.com

*Attorney for Plaintiffs*

By: /s/ *Christopher T. Perré*
Sherril M. Colombo, Esq.
Florida Bar No. 948799
Email: scolombo@littler.com
Stefanie Mederos, Esq.
Florida Bar No. 12041
Email: smederos@littler.com
Christopher T. Perré, Esq.
Florida Bar No. 123902
E-mail: cperre@littler.com
LITTLER MENDELSON, P.C.
Wells Fargo Center
333 SE 2nd Avenue, Suite 2700
Miami, Florida 33131
305.400.7500 (Tel)
305.675.8497 (Fax)

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 9, 2019, a true and correct copy of the foregoing was served via transmission of Notice of Electronic Filing generated by CM/ECF on all counsel of record on the below Service List.

By: /s/ *Christopher T. Perré*
Christopher T. Perré, Esq.

**SERVICE LIST**

Elliot A. Kozolchyk, Esq.
Florida Bar No. 74791
KOZ LAW, P.A.
320 S.E. 9th Street
Fort Lauderdale, Florida 33316
Phone: (786) 924-9929
Fax: (786) 358-6071
Email: ekoz@kozlawfirm.com

*Attorney for Plaintiffs*

Sherril M. Colombo, Esq.
Florida Bar No. 948799
Email: scolombo@littler.com
Stefanie Mederos, Esq.
Florida Bar No. 12041
Email: smederos@littler.com
Christopher T. Perré, Esq.
Florida Bar No. 123902
E-mail: cperre@littler.com
LITTLER MENDELSON, P.C.
Wells Fargo Center
333 SE 2nd Avenue, Suite 2700
Miami, Florida 33131
305.400.7500 (Tel)
305.675.8497 (Fax)

*Attorneys for Defendant*

4831-8375-9012.1 102552.1005