UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

CASE NO. 0:19-cv-61707-RKA

ROBERT JASPER GRIFFITH,
MARK CHRISTOPHER ROWE SETAL,
MELVIN ROBERT CARTER,
ARMANDO JESUS CANIZAREZ,

    Plaintiffs,

v.

INTEGRATED TECH GROUP, LLC,

    Defendant.
_____/

## JOINT STATUS REPORT

Plaintiffs, ROBERT JASPER GRIFFITH, MARK CHRISTOPHER ROWE SETAL, MELVIN ROBERT CARTER, and ARMANDO JESUS CANIZARES ("Plaintiffs") and Defendant, INTEGRATED TECH GROUP, LLC ("ITG" or "Defendant") (collectively, the "Parties"), pursuant to the Court's Order Granting Joint Motion to Stay Case Pending Arbitration [ECF No. 22], hereby submit this interim status report to update the Court on the progress of the arbitration proceedings, and state as follows:

1. On September 9, 2019, the Parties stipulated and jointly moved the Court, pursuant to each Plaintiff's respective valid and binding arbitration agreement, to stay the underlying proceedings pending separate arbitration of each Plaintiffs' claims [ECF No. 21].

2. On September 11, 2019, the Court granted the Parties' motion, stayed and administratively closed the case, and required that the Parties jointly file with the Court a status report regarding the status of the arbitration proceedings [ECF No. 22].

3. Plaintiffs have not filed a Demand for Arbitration ("Demand") with the American Arbitration Association ("AAA") as required by each Plaintiff's respective arbitration agreement, but anticipate filing the Demand shortly.

4. Accordingly, arbitration proceedings have not yet commenced before the AAA.

5. The Parties will work together in good-faith to proceed with separate and binding arbitration before the AAA of each Plaintiff's respective claims upon the filing by each Plaintiff of separate Demands with the AAA.

Dated:  8th day of November, 2019

Respectfully submitted,

**KOZ LAW, P.A.**
320 S.E. 9th Street
Fort Lauderdale, Florida 33316
Phone: (786) 924-9929
Fax: (786) 358-6071

By: /s/ *Elliot A. Kozolchyk*
Elliot A. Kozolchyk, Esq.
Florida Bar No. 74791
E-mail: ekoz@kozlawfirm.com

*Counsel for Plaintiffs*

**LITTLER MENDELSON, P.C.**
Wells Fargo Center
333 SE 2nd Avenue, Suite 2700
Miami, Florida 33131
Phone: (305) 400-7500
Fax: (305) 675-8497

By: /s/ *Christopher T. Perré*
Sherril M. Colombo, Esq.
Florida Bar No. 948799
Email: scolombo@littler.com
Stefanie Mederos, Esq.
Florida Bar No. 12041
Email: smederos@littler.com
Christopher T. Perré, Esq.
Florida Bar No. 123902
E-mail: cperre@littler.com

*Counsel for Defendant*

4824-2161-3739.1 102552.1005