UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

CASE NO. 0:19-cv-61707-RKA

**ROBERT JASPER GRIFFITH,**
**MARK CHRISTOPHER ROWE SETAL,**
**MELVIN ROBERT CARTER,**
**ARMANDO JESUS CANIZAREZ,**

    Plaintiffs,
v.

**INTEGRATED TECH GROUP, LLC,**

    Defendant.
_____/

## JOINT STATUS REPORT

Plaintiffs, Robert Jasper Griffith, Mark Christopher Row Setal, Melvin Robert Carter, and Armando Jesus Canizarez ("Plaintiffs") and Defendant, Integrated Tech Group, LLC ("ITG") (collectively, the "Parties") submit this interim status report pursuant to the Court's September 11, 2019 Order Granting Joint Motion to Stay Case Pending Arbitration [ECF 22], and state as follows:

1. On September 9, 2019, the Parties stipulated and jointly moved to stay the underlying proceedings pending separate arbitration of each Plaintiffs' claims pursuant to each Plaintiff's respective valid and binding arbitration agreement.  [ECF 21].

2. On September 11, 2019, the Court granted the Parties' motion, stayed and administratively closed the case, and required that the Parties jointly file with the Court a status report regarding the status of the arbitration proceedings.  [ECF 22].

3. On November 8, 2019, the Parties filed a Joint Status Update stating that Plaintiffs had not yet filed a demand for arbitration with the American Arbitration Association, as is required by each Plaintiff's arbitration agreement.  [ECF 24].

4. Plaintiffs have still not filed a demand for arbitration with the American Arbitration Association (the "AAA").

5. Accordingly, arbitration proceedings have not yet commenced before the AAA.

6. The Parties will work together in good-faith to proceed with separate and binding arbitration before the AAA for Plaintiffs' respective claims upon the filing by each Plaintiff of separate demands with the AAA.

Dated:  29th day of April, 2020                     Respectfully submitted,

| | |
|---|---|
| **KOZ LAW, P.A.**<br>320 S.E. 9th Street<br>Fort Lauderdale, Florida 33316<br>Phone: (786) 924-9929<br>Fax: (786) 358-6071<br><br>By: /s/ Elliot A. Kozolchyk<br>Elliot A. Kozolchyk, Esq.<br>Florida Bar No. 74791<br>E-mail: ekoz@kozlawfirm.com<br><br>*Counsel for Plaintiffs* | **LITTLER MENDELSON, P.C.**<br>Wells Fargo Center<br>333 SE 2nd Avenue, Suite 2700<br>Miami, Florida 33131<br>Phone: (305) 400-7500<br>Fax: (305) 675-8497<br><br>By: /s/ Sherril M. Colombo<br>Sherril M. Colombo, Esq.<br>Florida Bar No. 948799<br>Email: scolombo@littler.com<br>Ryan P. Forrest, Esq.<br>Florida Bar No. 111487<br>E-Mail:  rforrest@littler.com<br>Secondary: grivas@littler.com<br><br>*Counsel for Defendant* |

4842-6885-9835.2 102552.1005